```
CLERK'S OFFICE U.S. DIST. COURT
        AT ROANOKE, VA
              FILED
          MAY 18 2005
JOHN F. CORCORAN, CLERK
BY: /s/
       DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ROBERT KENNEDY, JR., #09197-084, ) | Criminal Action No. 4:01-CR-70025 | |
|    Petitioner, ) | Civil Action No. 7:05-CV- 00302 | |
| ) | | |
| v. ) | **FINAL ORDER** | |
| ) | | |
| UNITED STATES, ) | By: Hon. Norman K. Moon | |
|    Respondent. ) | United States District Judge | |

In accordance with the accompanying Memorandum Opinion, it is hereby **ADJUDGED AND ORDERED** that the petitioner's motion to Vacate, Set Aside, or Correct Sentence, pursuant to 28 U.S.C. § 2255 shall be and is hereby **FILED** and **DISMISSED** and this case is stricken from the active docket of this court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to petitioner and to counsel for the respondent.

ENTER: This __18th__ day of May, 2005

                                         /s/ Norman K. Moon
                                         UNITED STATES DISTRICT JUDGE