IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ROBERT KENNEDY, JR., | ) | |
|     Petitioner, | ) | Civil Action No. 7:05-CV-00302 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES, | ) | By: Hon. Norman K. Moon |
|     Respondent. | ) | United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby **ADJUDGED** and **ORDERED** that the petitioner's motion for a certificate of appealability, pursuant to 28 U.S.C. § 2253(c)(1)(B), shall be and is hereby **DENIED**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to petitioner and to counsel for the respondent.

ENTER: This 21st day of July, 2005

                                                                UNITED STATES DISTRICT JUDGE